Arnold **MEYER**, Plaintiff/Appellant,

v.

**STOUT INDUSTRIES, INC., et al.,**
Defendants/Respondents.

No. 64392.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 19, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1994.

Application to Transfer Denied
June 21, 1994.

Coggan R. Mills, Sally Austin Mills, Clayton, for plaintiff, appellant.

Timothy E. Hayes, Eric J. Lindhorst, Coburn & Croft, St. Louis, for defendants, respondents.

Before SIMON, P.J., and SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals from a judgment against him seeking damages for alleged tortious conduct of defendants. Jury found for defendants. No error of law appears, the evidence is sufficient to support the verdict, and no precedential value would be served by an opinion. The parties have been furnished with a memorandum supporting this order. Judgment affirmed. Rule 84.16(b).